OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. The Appellate Division properly determined that the sentencing court did not base its determination upon inaccurate information. Here, the record indicates that the sentencing court did not consider any of the prosecutor’s inaccurate assertions in its sentencing determination, but predicated that sentence on the nature and details of the particular crime of
 
 *740
 
 which defendant was convicted. Moreover, the Appellate Division correctly determined that, as a matter of law, defendant’s counsel was not ineffective
 
 (see People v Benevento,
 
 91 NY2d 708, 713-714 [1998]).
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.